UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH OLIVAS,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF TEXAS, et al.,<br><br>    Respondent. | No.  2:25-cv-3263 CKD P<br><br><br>ORDER |

Petitioner is a pretrial detainee in Taylor County, Texas.  While not entirely clear, it appears he challenges his confinement and pretrial proceedings.  Therefore, the court construes petitioner's pleading as an application for a writ of habeas corpus.[1]  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Petitioner was neither convicted in, nor is confined in California.  Since it does not appear petitioner has been convicted, the only appropriate forum for his petition is in Texas.  Taylor County, Texas lies within the jurisdiction of the United State District Court for the Northern District of Texas.

/////

---

[1] When a state prisoner challenges the legality of his custody and the relief he seeks is the determination of his entitlement to an earlier or immediate release, his sole federal remedy is a writ of habeas corpus.  Preiser v. Rodriguez, 411 U.S. 475, 500 (1973).

1

In accordance with the above, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of Texas.

Dated: November 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

.

1
oliv3263.21